# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-241 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CLIFFORD STAFFORD, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on January 14, 2022. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings William H. Baughman, Jr., and to file a report and recommendation. Magistrate Judge Baughman, Jr. reported that a supervised release violation hearing was held on January 27, 2022. The defendant admitted to the following violations:

1. New Law Violation;
2. Failure to Submit to Drug Testing;
3. Failure to Notify Change in Employment Status; and
4. Failure to Report to the U.S. Pretrial and Probation Office as Instructed.

The magistrate judge filed a report and recommendation on January 27, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

A final supervised release violation hearing was conducted on December 4, 2024. Present were the following: Assistant United States Attorney Peter Daly, representing the United States; Attorney Russell Bensing, representing the defendant; the defendant Clifford Stafford, and United States Probation Officers Cierra Motley and Jessica Kohut.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

Subsequent to these violations, a Superseding Violation Report was filed on February 11, 2022. At the hearing on December 4, 2024, the defendant waived his right to an evidentiary hearing and admitted to the following additional violation:

5. New Law Violation.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 24 months, with credit for time served to date. This sentence is to be served concurrently with the sentence in Case No. 5:21-cr-736. No supervised release to follow.

 Defendant remanded.

**IT IS SO ORDERED**.

Dated: December 4, 2024

_____
**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**